IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

FILED
AUG - 6 2009
CLERK, US DISTRICT COURT
NEWPORT NEWS, VA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) DOCKET NO. 4:09-MJ-294 |
| | ) (Misdemeanor) |
| KHALIL HASSAN PINKNEY | ) VA 19 |
| | ) |
| | ) Court Date: August 17, 2009 |
| | ) Time: 8:30 a.m. |

### CRIMINAL INFORMATION

#### COUNT ONE
(Misdemeanor) Ticket No. 2046403

THE UNITED STATES ATTORNEY CHARGES:

That on or about June 14, 2009, at Fort Eustis, Virginia, on lands acquired for the use of the United States, within the special maritime and territorial jurisdiction of this court, in the Eastern District of Virginia, KHALIL HASSAN PINKNEY, operated a motor vehicle during the time for which his operator license was suspended or revoked. (In violation of Title 18, United States Code, Sections 7 & 13, assimilating Code of Virginia, Section 46.2-301.)

DANA J. BOENTE
ACTING UNITED STATES ATTORNEY

By: *Richard J. Williams*
RICHARD J. WILLIAMS
Special Assistant United States Attorney
Office of the U.S Attorney
OH Bar Number 0076099
101 W. Main St., Suite 8000
Norfolk, Va. 23510
(757) 441-6331, Fax: (757) 441-3205
richard.joseph.williams@us.army.mil

## CERTIFICATE OF SERVICE

I certify that on ___Aug 6___, 2009, I served a true copy of the foregoing CRIMINAL INFORMATION on the defendant KHALIL HASSAN PINKNEY.

*Richard J. Williams*
RICHARD J. WILLIAMS
Special Assistant United States Attorney
Office of the U.S Attorney
OH Bar Number 0076099
101 W. Main St., Suite 8000
Norfolk, Va. 23510
(757) 441-6331, Fax: (757) 441-3205
richard.joseph.williams@us.army.mil